# U.S. DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:20 CR 3062 |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR DEPARTURE AND/OR VARIANCE AND DEFENDANT'S WRITTEN STATEMENT OF HIS POSITION RESPECTING EACH OF THE UNRESOLVED OBJECTIONS TO THE PRESENTENCE REPORT** |
| ZHIJUN XIA, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, by and through his attorney Steve Lefler, and, even though the undersigned does not think it is necessary given the pending plea agreement with the government, moves the Court for a departure and/or variance from the guidelines, which position will be set forth more fully in his brief.

The Defendant specifically objects to and will address paragraphs 27, 36, 37, and 47; paragraph 38; paragraph 41, 43, and 48; paragraphs 75-77; 80, and 95-97, again which will be developed in the accompanying brief.

ZHIJUN XIA, Defendant

By;  /s/ Steve Lefler  
Steve Lefler #15434  
Matthew Burns, #25437  
1213 JONES St.  
Omaha, Nebraska 68102  
(402) 342 4433  
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was forwarded to the parties by way of First Class Mail, E-mail and/or Electronic Service on JUNE 30, 2021.

                                              /s/ Steve Lefler
                                                 Steve Lefler