# U.S. DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:20 CR 3062 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AMENDED MOTION FOR DEPARTURE AND/OR VARIANCE** |
| ZHIJUN XIA, | ) ) ) | **AND DEFENDANT'S WRITTEN STATEMENT OF HIS POSITION** |
| Defendant. | ) ) ) ) ) | **RESPECTING EACH OF THE UNRESOLVED OBJECTIONS TO THE PRESENTENCE REPORT** |

COMES NOW the Defendant, by and through his attorney Steve Lefler, and, even though the undersigned does not think it is necessary given the pending plea agreement with the government, moves the Court for a departure and/or variance from the guidelines, which position will be set forth more fully in his brief.

The Defendant specifically objects to and will address paragraphs 27, 36, 37, and 47; paragraph 38; paragraph 41, 43, 48 and 63; paragraphs 75-77; 80, and 95-97, again which will be developed in the accompanying brief.

                                                                            ZHIJUN XIA, Defendant

                                                                            By; /s/ Steve Lefler
                                                                            Steve Lefler #15434
                                                                            Matthew Burns, #25437
                                                                            1213 JONES St.
                                                                             Omaha, Nebraska 68102
                                                                             (402) 342 4433
                                                                             Attorneys for Defendant

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was forwarded to the parties by way of First Class Mail, E-mail and/or Electronic Service on JULY 1, 2021.

                                               /s/ Steve Lefler
                                               Steve Lefler