IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                              **4:20CR3062**

        vs.

ZHIJUN XIA,                                                  **ORDER**

                    Defendant.

IT IS ORDERED that the motion to withdraw filed by Crystal Correa, as counsel of record for the government, (Filing No. 109), is granted. Crystal Correa shall no longer receive electronic notice in this case.

Dated this 2nd day of August, 2021.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge