IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ZHIJUN XIA,

        Defendant.

4:20-CR-3062

ORDER

IT IS ORDERED:

1. The defendant's motion to extend (filing 120) is granted.

2. The defendant may supplement his motion to vacate on or before July 25, 2023.

3. The Clerk of the Court shall set a case management deadline for July 25, 2023, with the following docket text: Check for supplemented § 2255 motion.

Dated this 11th day of October, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge