IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 4:20-CR-3062 |
| vs. | | |
| ZHIJUN XIA, | | ORDER |
| Defendant. | | |

The defendant has asked the Court to stay his pending motion to vacate (filing 115) pending disposition of a "motion for summary judgment in his state post-conviction relief case," which he says will directly relate to this case. Filing 127. But the state offense to which the defendant is presumably referring was pending at the time of his federal sentencing, *see* filing 105 at 12, and any state conviction or sentence has no bearing on the validity of his federal conviction. And the defendant has provided no other basis to stay the already long-extended deadline to supplement his postconviction motion. *See* filing 124. Accordingly, his motion to stay will be denied.

The defendant has also filed a motion for copies, seeking the docket sheet in the magistrate judge's case (8:20-mj-218) that was merged into this criminal case. Filing 128. That motion will also be denied—the defendant is advised that upon opening this criminal case, all the filings in the magistrate judge case were merged into this case. In other words, there's nothing in the MJ case that isn't also found in this CR case, so there's no need for separate copies.

IT IS ORDERED:

1.    The defendant's motion to stay (filing 127) is denied.

2.      The defendant's motion for copies (filing 128) is denied.


Dated this 10th day of July, 2023.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Senior United States District Judge